TRANSAMERICA LIFE
INSURANCE COMPANY

VERSUS

BRUCE FUSULIER, JR., TONYA I.
GEGENHEIMER, AND SUSAN BUNNY

NO. 22-C-548

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

December 16, 2022

Linda Wiseman
First Deputy Clerk

**IN RE** TONYA GEGENHEIMER

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE ROBERT J. BURNS,
JUDGE PRO TEMPORE, DIVISION "M", NUMBER 759-140

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Robert A. Chaisson

**WRIT GRANTED**

On the showing made, we find that the trial court legally erred when it failed
to fix the bond for a suspensive appeal of the September 21, 2022 partial final
judgment. We further find that the trial court erred when it converted relator's
motion for a suspensive appeal into a devolutive appeal. While an appellant must
file both the petition for appeal and furnish the security within the delay period
allowed in La. C.C.P. art. 2123, when the motion for appeal has been timely filed,
the appeal may still be perfected if the tardy filing of the security is imputable to
the court system rather than the appellant. *Blue, Williams & Buckley v. Brian
Investments, Ltd.*, 96-1451 (La. App. 1 Cir. 6/20/97), 706 So.2d 999, 1002, *writ
denied*, 97-2192 (La. 11/21/97), 703 So.2d 1311. Accordingly, we grant relator's
writ and instruct the trial court to set the bond amount for a suspensive appeal of
the September 21, judgment. We additionally instruct the trial court to amend its
October 27, 2022 order of appeal to grant the suspensive appeal requested,
provided that relator posts the bond within 15 days from the date the bond is set.

Gretna, Louisiana, this 16th day of December, 2022.

**RAC**
**JGG**
**MEJ**

22-C-548

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **12/16/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-548**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable  Robert J. Burns, Judge Pro Tempore (DISTRICT JUDGE)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
Gretchen F. Richards (Respondent)
Kate C. Casanova (Relator)
Kelly Gayle Juneau Rookard (Respondent)

### MAILED

Edward W. Trapolin (Respondent)
Attorney at Law
400 Poydras Street
Suite 2700
New Orleans, LA 70130

John E. Sudderth (Relator)
Leo M. Prange, III (Relator)
Attorney at Law
917 North Causeway Boulevard
Metairie, LA 70001

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward W. Trapolin
Attorney at Law
400 Poydras Street
Suite 2700
New Orleans, LA 70130
22-C-548                    12-16-22

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3638 19

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 6700

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *L. B. Johnson*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   ;00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leo M. Prange, III
Attorney at Law
917 North Causeway Boulevard
Metairie, LA 70001
22-C-548                    12-16-22

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3638 26

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7134

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
     0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt